UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                         Case No. 06-C-0580

    v.

CHARLES R. WEBSTER,
BARBARA WEBSTER,
ANCHORBANK, SSB,
BRADEN & OLSON,
LAKE COMO BEACH PROPERTY OWNERS ASSOCIATION,
WFS FINANCIAL,

        Defendants.

---

## ORDER TO DISMISS

---

        Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Defendant Braden & Olson is dismissed as a defendant from this action.

        SO ORDERED the 13th day of June, 2006.


                              s/ Rudolph T. Randa
                              RUDOLPH T. RANDA
                              Chief Judge